ACCEPTED
01-15-00802-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 4:21:39 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00802-CV

---

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 4:21:39 PM
CHRISTOPHER A. PRINE
Clerk

---

IN THE INTEREST OF W.J.B, A CHILD

---

T.B.F., Appellant

v.

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,
Appellee

---

On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2014-18450

---

*APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF*

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

T.B.F., appellant, moves the Court to extend the time to file her brief to January 4, 2016 and in support thereof respectfully shows:

1. This is an accelerated appeal. The deadline for the brief in this case is December 2, 2015.

2. Counsel finished the brief in this case but then realized that the final decree dated October 6, 2015 was not included in the court record filed

with the Court, even though this Court specifically ordered in November that the record be supplemented.

3.  Upon realizing the absence of the decree, Counsel immediately took measures to ensure that the record is supplemented properly as previously ordered by this Court.

3.  Due to the absence of a material court record, good cause exists to grant this motion.

4.  This extension is not sought for the purposes of delay but rather so that the ends of justice may be served.

WHEREFORE, T.B.F., appellant, prays that this motion be granted and that the time to file her brief be extended to January 2, 2016.

Respectfully submitted,

s/ Juliane Crow

_____
Juliane Crow
TBN: 24000652
PO Box 10152
Houston, Texas 77206
(281) 382-1395; Fax: (713) 422-2389
Email: jpcrow@yahoo.com

Attorney for Appellant, T.B.F.

## CERTIFICATE OF CONFERENCE

Pursuant to TRAP 10.1(a)(5), I certify that appellee's counsel, Robert J. Hazeltine-Shedd, is unopposed to this motion.

/s/ juliane crow

_____

Juliane P. Crow

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served on Robert J. Hazeltine-Shedd, appellee counsel, and William M. Thursland, counsel for appellant B.E.B., by electronic delivery on December 2, 2015.

/s/ juliane corw

_____

Juliane P. Crow